IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO<br>197 Big Dan Swamp Drive<br>Andrews, SC 29510<br><br>CARLOS FLORES<br>4700 27th St., Apt. 3<br>Mt. Rainier, MD 20712<br><br>On behalf of themselves and all Similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>P & R ENTERPRISES, INC.<br>5681 Columbia Pike, Suite 101<br>Falls Church, VA  22041<br><br>Defendant. | Civil Action No. 1:07-cv-01195 CKK |

CONSENT MOTION FOR AN EXTENSION OF
TIME TO ANSWER PLAINTIFFS' COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, P & R Enterprises, Inc. by and through its undersigned counsel, hereby moves this Court for additional time, until Monday, August 13, 2007, in which to respond to the Complaint. In support of its Motion, Defendant states as follows:

1. Defendant was served with the Complaint on July 9, and therefore its response to the Complaint is due on July 30, 2007.

2. Due to the press of other business and nature of the Complaint, which is a purported class action, the undersigned counsel needs additional time to investigate the allegations in the Complaint and frame an appropriate response.

3. Counsel for Plaintiffs have consented to this extension.

4. No previous extensions of time have been requested in this case.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion and extend the time to respond to the Complaint until Monday, August 13, 2007.

Respectfully submitted,

By /s/ Karla Grossenbacher
Karla Grossenbacher (Bar #442544)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Attorneys for Defendant

Dated:   July 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that one true and accurate copy of the foregoing Consent Motion for an Extension of Time to Answer Plaintiffs' Complaint served by first class U.S. mail, postage pre-paid this 18th of July 2007 upon the following:

>D.C. Employment Justice Center
>Arthur P. Rogers, Esquire
>727 15th Street NW, 2nd Floor
>Washington, DC 20005
>Tel: (202) 828-9675
>Fax: (202) 828-9190
>
>DAVIS, COWELL & BOWE, LLP
>George R. Murphy, Esquire
>Mark Hanna, Esquire
>Joni S. Jacobs, Esquire
>1701 K. Street NW, Suite 210
>Washington, DC 20006
>Tel: (202) 223-2620
>Fax: (202) 223-8651

>/s/ Karla Grossenbacher
>Karla Grossenbacher