U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Carlos Castillo, et al.

vs.

P & R Enterprises, Inc.

No. 1:07-CV-01195 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Complaint; Initial Electronic Case Filing Order; Notice oif Right to Consent to Trial Before United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge For All Purposes; [Proposed] Order; Motion for Order Giving Notice to Potential Plaintiff Employees, Memorandum of Points and Authorities in Support of Motion in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:37 pm on July 9, 2007, I served P & R Enterprises, Inc. c/o Corporation Service Company at 1090 Vermont Avenue, NW, Suite 430, Washington, DC 20005-4905 by serving Tracey J. Butler, Customer Service Associate, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    34
HEIGHT-    5'7"
  HAIR-    BLACK
WEIGHT-    185
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7-10-07
                 Date

*Wesley Jennings*
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190852

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Carlos Castillo, et al.

vs.

P & R Enterprises, Inc.

No. 1:07-CV-01195 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons; Complaint; Initial Electronic Case Filing Order; Notice oif Right to Consent to Trial Before United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge For All Purposes; [Proposed] Order; Motion for Order Giving Notice to Potential Plaintiff Employees, Memorandum of Points and Authorities in Support of Motion in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:15 pm on July 9, 2007, I served P & R Enterprises, Inc. at 5681 Columbia Pike, Suite 101, Falls Church, Virginia 22041 by serving Carlos Sanchez, President, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    48
 HEIGHT-    5'8"
   HAIR-    BLACK
 WEIGHT-    160
   RACE-    HISPANIC
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7-10-07
                Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190851

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CARLOS CASTILLO, CARLOS FLORES, on behalf of themselves and all other similarly situated employees

V.

P & R ENTERPRISES, INC.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01195
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/2/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

P & R Enterprises, Inc.
5681 Columbia Pike, Suite 101
Falls Church, VA  22041
also c/o Corporation Service Company
1090 Vermont Ave., NW, Washington, DC  20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark Hanna
DAVIS, COWELL & BOWE, LLP
1701 K St. NW, Suite 210
Washington, DC  20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JUL -2 2007
DATE