IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 1:07-cv-01195 CKK |
| | ) |
| v. | ) |
| | ) |
| P & R ENTERPRISES, INC., | ) |
| | ) |
| Defendant. | ) |

CONSENT MOTION FOR AN EXTENSION OF
TIME TO ANSWER PLAINTIFFS' NOTICE MOTION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, P & R Enterprises, Inc., by and through its undersigned counsel, hereby moves this Court for additional time, until Friday, September 7, 2007, in which to respond to Plaintiffs' Motion for Order Giving Notice to Potential Plaintiff Employees (the "Notice Motion"). In support of its motion for an extension of time, Defendant states as follows:

1. Defendant was served with the Complaint on July 9. Along with the complaint, Plaintiffs served the Notice Motion.

2. However, when Defendant forwarded the Complaint to the undersigned counsel, the Notice Motion was not attached.

3. The undersigned counsel did not become aware that the Notice Motion had been filed and served until today when Plaintiffs' counsel inquired about the status of Defendant's response to the Notice Motion.

4. Due to the press of other business, previously scheduled vacation and the upcoming Labor Day weekend holiday, the undersigned counsel needs additional time -- until September 7, 2007 -- to prepare a response to the Notice Motion.

5. Counsel for Plaintiffs have consented to this extension on the condition that any consent forms submitted by individuals who wish to opt-in in the event notice is issued be "back dated" four weeks for statute of limitations purposes in order to ameliorate any prejudice to Plaintiffs as a result of the delay in responding to the Notice Motion caused by the extension requested in this motion. Defendant has agreed to this condition.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion and extend the time to respond to the Notice Motion until Friday, September 7, 2007.

Respectfully submitted,

By /s/ Karla Grossenbacher
Karla Grossenbacher (Bar #442544)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Attorneys for Defendant

Dated: August 13, 2007