IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARLOS CASTILLO, <u>et al</u>., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:07-cv-01195 CKK |
| v. | ) ) ) | |
| P & R ENTERPRISES, INC., | ) ) | |
| Defendant. | ) ) ) )) | |

CERTIFICATE UNDER LOCAL RULE 7.1

Certificate required by Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Defendant P&R Enterprises, Inc. hereby certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of P&R Enterprises, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/  Karla Grossenbacher
Karla Grossenbacher D.C. Bar No. #442544
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 463-2400 (ph)
(202) 828-5393 (fax)

Attorneys for Defendant

Dated: August 13, 2007

DC1 30206082.1