IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO, <u>et al.</u>,   ) | |
| ) | |
| Plaintiffs,   ) | Civil Action No. 1:07-cv-01195 CKK |
| ) | |
| v.   ) | |
| ) | |
| P & R ENTERPRISES, INC.,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

## DECLARATION OF CHARLES V. PHILLIPS

I, Charles V. Phillips, declare, under the penalty of perjury, that the statements contained in this declaration are true and correct to the best of my knowledge and belief:

1.  I am the Director, Human Resources for Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.  I am familiar with the matters asserted herein and make this declaration upon personal knowledge.

2.  Attached hereto as Attachment A is a true and correct copy of the Kaiser Permanente Employee Handbook referred to in the Complaint filed by Ms. Watson.

Further declarant sayeth not.

_____
CHARLES V. PHILLIPS

231249 2/98

# handbook

## KAISER PERMANENTE
## EMPLOYEE HANDBOOK



# contents

# Table of Contents

Introduction ........................................................................................... 1

Welcome ................................................................................................ 3

History of Kaiser Permanente ........................................................... 3

Organizational Mission ....................................................................... 4

Organizational Vision .......................................................................... 5

Work Environment ............................................................................... 7

Employment ........................................................................................ 11

Expectations ....................................................................................... 15

Confidentiality .................................................................................... 22

Rewards and Recognition ................................................................. 25

Pay ....................................................................................................... 27

Benefit Programs ............................................................................... 29

Training and Development ................................................................ 31

Safety and Health .............................................................................. 33

Labor Unions ...................................................................................... 37

Problem Solving ................................................................................. 39

Termination of Employment ............................................................. 43

Appendix A
    EEO Complaint Procedure ........................................................... 45

Appendix B
    Sexual Harassment Policy Statement ........................................ 47

Appendix C
    Family and Medical Leave ............................................................ 49

# introduction

**Introduction**

This handbook is intended to provide employees with a general understanding of the personnel policies of Kaiser Permanente in the Central East Division.

This handbook highlights company policies, practices and benefits for the information of employees and is not intended, nor can it be construed, as a legal document or employment contract. Further, nothing in this handbook alters the right of either the employee or the employer to terminate the employment relationship at any time, with or without cause.

In order to retain flexibility in the administration of policies and procedures, Kaiser Permanente reserves the right to amend, supplement or rescind any provisions of this handbook, other than its employment at will provisions, with or without notice as it deems appropriate at its sole and absolute discretion.

Kaiser Permanente has collective bargaining agreements with several unions in the Washington, Baltimore, Cleveland and Akron/Canton metropolitan areas. Those collective bargaining agreements contain provisions which are binding on Kaiser Permanente, the unions and the employees represented by the unions. To the extent that a provision of this handbook conflicts with the express terms of an applicable collective bargaining agreement, that agreement shall supersede the handbook with respect to the employees in the covered bargaining unit.

# Welcome

Welcome to Kaiser Permanente.  We are pleased that you have accepted employment with us and are confident that this working relationship will be mutually beneficial.

This handbook should acquaint you with a number of issues that have a personal impact on you.  Please read it carefully, and ask any questions you may have.

# History of Kaiser Permanente

The Kaiser Permanente Medical Care Program is the largest private, pre-paid health care delivery system in the world.  The program has over eight million members throughout the United States.

Kaiser Permanente was formed in the late 1930s.  Dr. Sidney Garfield pioneered the group practice prepayment health plan in Southern California.  Dr. Garfield was later asked by industrialist Henry J. Kaiser to establish a group practice prepayment health plan for workers and their families who were building the Grand Coulee Dam in eastern Washington.

During World War II, these two pioneers opened a prepayment health care plan for workers and their families at Kaiser-operated shipyards in Portland, Oregon, and Richmond, California.  After the war ended, the program was opened to community enrollment.

The program's name was created by combining the surname of Henry J. Kaiser with the name of a creek in Santa Clara County, California - "the Permanente" - which runs through a Kaiser Industries cement plant.  "Permanente" is a Spanish word which means "everflowing".

Kaiser Permanente in Washington and Baltimore consists of a partnership between the Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., (Health Plan) and the Mid-Atlantic Permanente Medical Group (MAPMG). Kaiser Permanente in Cleveland and Akron/Canton consists of a partnership between Kaiser Foundation Health Plan of Ohio and the Ohio Permanente Medical Group (OPMG). The Health Plans are responsible for business operations while the medical groups are responsible for medical services.

## Organizational Mission

We share a commitment to improve the health of our members.  We accomplish this by organizing and managing the delivery of health care in a high quality, cost-effective manner that results in a high level of satisfaction among our customers — patients, members, and employer groups.

We seek to improve the health status of our communities.  We are dedicated to ensuring broad access to affordable health care for people and employer groups in the areas we serve.  We commit to assist as broad a spectrum of people as prudent use of available resources allows.

We have long believed that the pre-paid group practice model, with its goals aligned with those of our customers, continues to be the best method of delivering high quality, affordable health care.  Nevertheless, we know that in order to thrive in the years ahead we must test and experiment with new approaches, continuously searching for improvements in our clinical practice, our benefit design, and our delivery system.



## Organizational Vision

The physicians and staff of Kaiser Permanente are committed to this vision:  to be the leader in quality, affordable compassionate health care and to be recognized as the standard of excellence that others seek to emulate.

environment

**Work Environment**

## The Customer

In performing our jobs, we always focus on "the customer." Our customers are our members and their employers. Without them, we don't exist. They pay our salaries, buy our buildings and stock the shelves of our supply cabinets. They are the reason Kaiser Permanente was formed in the first place. If you don't know your role in serving these key customers, it's time to ask.

Many of us have other customers as well. Some departments (e.g., human resources, material management, legal services) exist primarily to provide support to "internal" customers and some departments (e.g., community affairs, public affairs, government relations) have other "external" customers. It is critical for each of us to know who our customers are, and what those customers expect of us.

The idea of thinking of our patients, co-workers, etc., as customers may seem odd to some of us who have had long careers in the medical field. Thinking this way, however, is critical to our continued survival and success in this competitive industry.

## Professionalism

As employees of Kaiser Permanente, we are all expected to perform our job duties with a high degree of professionalism. We must always act in such a way that our customers know that we care about them, and that we are here to meet their needs. Our actions, our speech and our appearance all communicate our professionalism.

This is especially important in the clinical setting. Our members trust us with their health and the health of their family members. We must continuously demonstrate that we are worthy of that trust.

Supervisors are given the responsibility of setting behavior standards for their departments. In doing so, they must always have the needs of our members and other customers foremost in their consideration.

More important than such standards, however, is our own personal commitment to professionalism and excellence. We must all constantly strive to perform and act in the manner which is desired and expected by our customers.

## Working Together

We must all be committed to the fair, ethical and respectful treatment of one another. This is true whether the relationship is one peer to another, or if it is a supervisor to a staff member.

## Diversity

The population of each geographical area we serve is very diverse. Our membership reflects this diversity. We want a workforce that reflects this diversity as well, and we take affirmative action to ensure that our workforce is diverse.

In making employment decisions, Kaiser Permanente does not discriminate on the basis of race, sex, religion, color, age, national origin, disability, marital status, veteran status or sexual

orientation.  Employment decisions are made solely on the basis of skills and qualifications, in compliance with federal, state and local statutes, and in compliance with our collective bargaining agreements.

Any employee who feels that he/she has been discriminated against is encouraged to contact the Human Resources Department, or any manager or supervisor.  We investigate all complaints and take appropriate action when needed.  A copy of the internal complaint procedure is included in this handbook in Appendix A.

## Harassment

Harassment of employees by anyone — whether by another employee, a physician, a patient, or an outsider — is prohibited and will not be tolerated.  This is true when the harassment is done on any basis including, but not limited to, race, age, sex, color, disability, marital status, veteran status, national origin, and/or religion.  Violations of this policy may result in disciplinary action, up to and including discharge.

Harassment can take many forms.  Harassing actions include slurs, threats, derogatory or offensive comments, visual depictions, unwelcome jokes, and/or teasing.

Any employee who feels that he/she is a victim of harassment should immediately bring the matter to the attention of his/her supervisor, any other member of management, or Human Resources.

# Sexual Harassment

A particularly troubling form of prohibited harassment is sexual harassment.  Sexual harassment includes, but is not limited to, unwelcome sexual advances, requests for sexual favors, sexual slurs, sexual comments or visual depictions, unwelcome jokes, unwanted touching, leering, and/or teasing.  Violations of this policy may result in disciplinary action, up to and including discharge.

As with other harassment, any employee who feels that he/she is a victim of sexual harassment should immediately bring the matter to the attention of his/her supervisor, any other member of management, or Human Resources.  See Appendix B at the back of this handbook for further information on our sexual harassment policy

# Employees with Disabilities

Kaiser Permanente is committed to providing a work environment which is free of discrimination on the basis of disabilities employees may have.  Disabilities are those physical and/or mental conditions which substantially limit a major life activity for the employee.  Any employee needing a job accommodation for a disability should bring the issue to the attention of his/her supervisor.

employment

## Hiring and Promotion Objectives

Kaiser Permanente can only be as successful as the people we have working for us.  It is critical for us to hire highly qualified and motivated employees.  It is also important to provide opportunities for advancement for those employees who demonstrate excellence in their current jobs and who want to move on to greater or different challenges.  Selection for open positions is based upon various factors, including demonstrated skills, knowledge, and performance relating to the needs of the position applied for.  (*Please refer to appropriate collective bargaining agreements for more specific information regarding filling bargaining unit vacancies.*)

It is important for employees to prepare themselves for future opportunities if they have interest in moving beyond their current positions.   Education and training from internal and external sources may be necessary.  A demonstrated willingness to take on new challenges in an employee's current position is an absolute must.

## Applying for Jobs

Regular vacancies, as well as some on-call and temporary vacancies, are normally posted on bulletin boards or in books in each facility.  During this posting period, interested qualified employees are invited to submit transfer applications.  These applications must be submitted on forms available in the medical facilities as well as the Human Resources Department.  Non-exempt employees are normally expected to be in their positions for a minimum of six months before applying for transfers or promotions.  Exempt employees are normally expected to be in their positions for a minimum of twelve months before applying for transfers or promotions.

Each transfer application that is submitted in a timely fashion is reviewed to determine whether or not the applicant is qualified for the open position. Qualified applicants are screened through a process which may include any or all of the following: application review, work history review, and personal interview. Final selection will be based upon criteria including skills, knowledge, experience, performance and other relevant factors. Sometimes there is no internal candidate who meets the needs of the organization. In those cases an external candidate will be recruited. In some cases we initiate external and internal recruitment simultaneously.

> *Note: See applicable collective bargaining agreements for information related to transfers and promotions into bargaining unit positions.*

## Inter-Divisional Transfers

Employees in our Division are sometimes interested in transferring to Kaiser Permanente locations in other parts of the United States. Our Human Resources Department can assist these employees.

## Employment Status

We use the following terms to refer to various groupings of employees at Kaiser Permanente:

Full-Time: Employees who work regular schedules of forty hours per week.

Part-Time: Employees who work regular schedules of twenty or more (but fewer than forty) hours per week.

Short-Hour: Employees who work regular schedules of fewer than twenty hours per week.

<u>Temporary</u>:  Employees hired to work a regular schedule for a particular time period, usually not to exceed six months.

<u>On-Call</u>:  Employees hired to work when needed.  On-Call employees do not have regular schedules.

## Probationary Periods

Non-exempt employees (those eligible for overtime) who are hired into full-time, part-time or short-hour positions undergo a probationary period of up to three months.  The purpose of the probationary period is for the employee and the employer to get acquainted with one another and determine whether the employment relationship is in the mutual interest of both parties.  During this time the supervisor is expected to closely monitor the work and behavior of the new employee.  If, in the assessment of the supervisor, the employee is not performing adequately he/she will be terminated from employment.  (*See collective bargaining agreements for information on probationary periods for bargaining unit employees*.)

An employee who transfers or is promoted into a non-exempt position also has a three month probationary period in the new position.  If the employee fails to perform satisfactorily during this period he/she will be terminated or returned to his/her original position at the discretion of management.

On occasion, probationary periods are extended beyond the normal three month period.  This occurs when an employee has had performance problems but has also demonstrated sufficient progress to indicate that acceptable performance can be achieved within a maximum of an additional three months.

Please note that the employment relationship can be terminated by the employee or the employer at any time during or after the probationary period, with or without cause. Termination is subject to the terms of our collective bargaining agreements for represented employees.

Exempt employees (those not eligible for overtime) have no formal limited probationary period. However, the same expectations exist for performance and behavior. If acceptable progress in these areas is not demonstrated during the first months of employment, termination or demotion may occur.

expectations
**Expectations**

## Attendance and Punctuality

When you are scheduled to work, your supervisor, coworkers and customers count on you to be there. If you don't come to work, or if you come in late, your work unit will not function effectively. It is therefore very important to come to work when you are scheduled, and to report on time. Employees who have attendance or punctuality problems may be subject to discipline, up to and including termination.

Every department has call-in procedures for unplanned absences. If you don't know the procedures for your department, ask your supervisor. If you cannot report to work because of an illness or another unforeseen problem, you must contact your supervisor according to your departmental guidelines. The same is true if you are going to be late for work.

## Conduct

While you are at work, conduct yourself in a professional manner. We want our facilities to be enjoyable and relaxed places to work, but certain conduct is very disruptive. Prohibited conduct includes, but is not limited to:

- Altercations, including fighting
- Rudeness or discourtesy toward members, coworkers or others
- Carelessness or negligence when performing duties
- Use, possession or being under the influence of illegal drugs or alcohol while on company premises or while on duty
- Insubordination

- Harassment, including sexual harassment and other forms of unlawful harassment
- Sleeping while on duty
- Theft of company or another person's property
- Destruction, misuse or damage to company property or equipment
- Disclosure of confidential medical or company information
- Falsifying, altering or destroying any records of the employer, including time keeping records
- Abusive or vulgar language
- Threatening or intimidating behavior

Most of our employees never demonstrate inappropriate conduct.  They take pride in their performance and conduct, and they understand how important good conduct is for a positive work environment.  For those few employees who do exhibit conduct problems, disciplinary action, up to and including immediate discharge, may be taken.

## Fitness for Duty

Each employee is expected to report for work fit to do his/her duties.  An employee who feels that the quality of his/her work might be compromised by illness, lack of sleep, the effects of prescription or over-the-counter medication, etc., must discuss the situation with his/her supervisor.  This is especially critical for employees who use machinery, including motor vehicles, or who render medical care to patients.

## Dress

All employees are expected to dress appropriately for their jobs. It is important for us to convey the proper professional image to our members and other customers.

Supervisors are given the responsibility to set dress standards for their departments based upon the customer interaction which takes place. They are also expected to consider safety and work environment issues. Supervisors and managers may modify dress guidelines to meet particular department and facility needs.

## Company Property

In the course of your employment you will use, or come into contact with, many forms of company property. Depending on your job you may use tools ranging from pencils and paper to computers and company vehicles. You may be issued keys, passcards, pagers and/or lab coats.

Each of us is responsible for treating company property with respect. It must be properly and safely used, and it may not be removed from company premises without proper authorization. If you leave your employment with Kaiser Permanente you must return any property which has been issued for your use.

The employer reserves the right to search desks, lockers, work stations, and other areas of the company's property to insure that no drugs, weapons, stolen property, or other contraband or prohibited items are hidden therein. It is also important for employees to understand that information received and sent on company e-mail and information in computers is company property.

## Personal Property

Although we are committed to providing our employees with a safe and secure work environment, we cannot assume responsibility for your personal property. This includes money, clothing, jewelry, purses, wallets, photographs, etc. Employees should be careful where they store such property, and should avoid bringing costly or irreplaceable property to work.

## Changes in Personal Data

It is important for us to keep our personnel records up-to-date. Please report changes in name, address, phone number, marital status, or emergency contact to the Human Resources Department. A form for this purpose is available from Human Resources.

## Conflicts of Interest

Each of us must be careful not to engage in activities which present a conflict of interest with our employment at Kaiser Permanente. Examples of prohibited activities include:

- Taking gifts, gratuities or favors from any person or organization which does business, or which seeks to do business, with Kaiser Permanente (gifts, services, entertainment, etc., with a value of less that $100, and which are not given with the intent to influence, may be excluded);

- Using contacts, relationships, resources or knowledge gained through employment with Kaiser Permanente for a business-related purpose outside the organization;

- Accepting employment with another organization which might conflict with the employee's responsibilities to Kaiser Permanente, or which might affect the employee's independence of judgement.

Violations of these conflict of interest rules can result in disciplinary action.  If you have any question about any of these issues, please consult with your supervisor or call the Human Resources Department.

## Working with Family Members

In some cases, employees may be restricted from working with members of their own families or with close friends who share living quarters with them and with whom they have relationships similar to those of family members.  Restricted work situations include supervising or reporting to (directly or indirectly) a family member, and working in the same department as a family member.  In cases where a new family relationship results in a prohibited working relationship, one of the employees may be required to transfer or terminate employment.

Since these issues can be complicated and confusing, employees are asked to discuss any potential problem situations with their supervisors.

## Licensure/Certification

Employees whose jobs require licensure and/or certification (e.g. registered nurses, LPNs, radiologic technologists, etc.) must ensure that they are kept up-to-date.  Licensed staff may not work without a current license.   Whenever you renew your license or certification, please provide a copy to your supervisor.

## Solicitation

It is our policy to avoid the disturbance of employees, patients and members, and the disruption of work and business activities.  In furtherance of that policy, no solicitation of employees, physicians, members or visitors is allowed on Kaiser Permanente property.  This includes the buying or selling of services or merchandise, the distribution of literature or printed matter, or the solicitation or collection of monetary contributions.  Any exception to this rule, such as for company-sponsored charitable events, must be approved by appropriate management staff.

## Visitors

Maintaining safe, secure and professional working conditions is very important.  Because of this we discourage visits by family and friends in work areas.  Exceptions to this rule must be approved by the area supervisor.  Bringing children to work for child care purposes is prohibited.

## Inclement Weather

As a health care organization, we have a special obligation to remain open to meet the needs of our members.  Employees are expected to report to work on time, even in inclement weather, unless a decision is made to close or delay opening the facility.  If your facility is closed, or delayed in opening, you will be notified by your supervisor or his/her designee.  We also make use of an Inclement Weather Hotline from time to time.  Unless you hear otherwise, assume that we are opening at our regular time.

We also ask employees who have four-wheel drive vehicles, and who are willing to assist medical staff in getting to work during heavy snow, to notify their supervisors.  This assistance can be critical to serving the needs of our members.

## Telephone Use

Many of our employees use telephones in the course of their work day.  The phones are provided for business use and are not intended to be used for reasons that are not work-related.

We do recognize, however, that employees may from time to time need to use a company phone for personal reasons.  Such phone use should be for brief periods of time and should not interfere with business or medical operations, or with the performance of the employee's job.  Normally, personal calls should only be made or received during established breaks. Excessive use of company phones for personal business may result in counseling and/or disciplinary action.

Employees are discouraged from using company phones for personal long distance calls. If, because of an urgent need an employee does make a long distance call, he/she must make immediate arrangements with his/her supervisor to repay the cost of the call.  Failure to make such arrangements is grounds for discipline.

confidentiality

**Confidentiality**

## Patient Information

Information relating to the enrollment, medical condition and care of our members is absolutely confidential. This information may not be accessed, viewed, copied, discussed, displayed or distributed except in accordance with established policy and procedure. Violations of rules regarding patient confidentiality will be grounds for serious discipline, including termination of employment. Employees are required to read and sign confidentiality agreements.

Please treat this information as you would wish medical information relating to you or your family members to be treated. If you have any questions about the confidentiality of patient information please contact your supervisor immediately.

## Special Duty Toward Coworkers

Many of our employees are also health plan members. We must all give special consideration to the confidentiality needs of our coworkers and their families. On occasion, employees have inadvertently violated confidentiality rules because of personal concern for the well-being of a coworker.

Legitimate access to an employee's medical information, or the medical information of an employee's family member, does not provide a reason for entering into any discussion with the employee about that information, unless your are his/her medical provider. Even if a discussion is initiated because of concern for the coworker, a serious violation of our confidentiality rules occurs. Any inappropriate discussion or dissemination of such confidential information will result in serious discipline, up to and including termination.

We insist that all of our employees take this issue very seriously.  If you have any questions, please ask your supervisor right away.

## Organizational Information

Employees must also be sensitive to the confidential nature of much of the information they come in contact with in the course of their duties.  Information relating to the finances and strategy of our region should be considered confidential.  Such information must not be released without proper authorization.

Company documents must never be copied, removed or disseminated outside the organization without the approval of the appropriate manager.  Please contact your supervisor if you have any questions.

## User Codes and Passcards

Many employees are issued codes which can be used to access computer systems, long distance telephone service, etc.  Others are given passcards for access to specific buildings and offices. Codes and passcards must be kept secure and confidential, and may not be shared with anyone else inside or outside the organization.  If you lose your code or passcard please contact your supervisor immediately.

## Personal Information

Kaiser Permanente maintains personnel records on each of our employees. This information is retained by the Human Resources Department and is kept secure and confidential. Information is not released without a specific legitimate business reason for doing so.

Human Resources will *verify* information presented by banks, mortgage companies, etc., and to prospective employers seeking references, but such information is limited to positions held, dates of employment, and final salary. Employees may inspect their personnel files, but must make appointments with Human Resources to do so.

rewards
**Rewards and Recognition**

## Wage and Salary Programs

We cannot be successful without attracting and retaining highly qualified and motivated staff. This is what our wage and salary programs are designed to do.

Human Resources regularly studies community pay practices. The information we gather is analyzed and used as we establish salary scales, as we determine pay increase levels, and as we negotiate wage scales for bargaining unit employees.

## Incentive Programs

In many cases it is appropriate to offer incentive programs to groups of employees. These programs provide for compensation which is based upon specific measurable results which significantly impact our services, costs and/or growth. It is the nature of incentive programs that they change as organizational needs evolve. Employees covered by incentive programs are given information about the programs, and are strongly encouraged to review their own behaviors and performance to improve organizational effectiveness.

## Performance Evaluation

Supervisors are expected to provide performance feedback to their staff members on a regular basis. One way of doing this is through written performance evaluations. These evaluations are developed by the supervisor, shared with the evaluated employee, and then placed in the employee's personnel file. Employees are invited to submit comments, if so desired, which are then attached to the evaluation in the file.

*pay*
**Pay**

## Recording Time Worked

Every two weeks you will be responsible for filling out a time sheet detailing the hours that you have worked. It is critical for your reporting to be accurate and complete. If you are absent from work on the day your hours are due, please make arrangements with your supervisor to provide the information needed. Employees filing false time sheet information are subject to discipline, up to and including termination. Some employees may record their time worked via an automated time keeping system. Such employees are responsible for following the rules established for the use of the system.

## Payday

You will receive your pay every two weeks. We recommend that employees take advantage of our direct deposit program to better ensure that their pay reaches their bank accounts in the fastest possible manner. If you want to enroll in the direct deposit program, please contact the Human Resources Department.

When employees have terminated their employment, their final paycheck normally is not directly deposited. Such employees should check with their supervisors regarding the receipt of the final paycheck.

# Overtime and Premium Pay

Non-exempt employees are eligible to receive overtime pay when they work more than forty hours in one work week.  In addition, some employees are eligible for premium pay for working evenings, nights, weekends or holidays, or for working over eight hours in one day.  For more information on premium pay, consult your union contract or speak to your supervisor.

benefits

## Benefit Programs

## Paid Time Off Benefits

Employees who are regularly scheduled to work twenty or more hours per week are eligible to accrue and use various time off benefits.  These include time off for vacations, illness or injury, personal reasons, holidays, jury duty, military service, and bereavement.  Employees in short-hour, temporary and on-call positions are not normally eligible for time-off benefits.  Please consult your benefits brochure or your union contract for more information.

## Other Benefits

In addition to time off benefits, you may also be eligible to participate in a number of other benefit programs at Kaiser Permanente.  These may include health, dental, life and disability insurance programs, as well as retirement, tuition reimbursement, employee assistance (EAP) and dependent care reimbursement programs.  Please refer to your benefits brochure or union contract for more information.

## Family and Medical Leave

Employees may be eligible to take time off from work due to their own serious medical condition or a serious medical condition of a family member.  You may be covered by the Federal Family and Medical Leave Act of 1993, the District of Columbia Family and Medical Leave Act of 1990, our Leave of Absence Guidelines, and/or the provisions of a labor union collective bargaining agreement.

Family and medical leave issues can be complicated. It is important for any employee contemplating a leave of absence to understand his/her rights and responsibilities. Information regarding eligibility, rules and procedures is available from the Human Resources Department. Our FMLA policy can be found in Appendix C of this handbook.

## Continuation of Benefits

Under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) employees may be eligible to continue health and dental benefits after losing eligibility for those benefits under their employer's policies. Such loss of eligibility normally occurs after employment terminates or after an employee reduces his/her scheduled hours below twenty per week. Continuation of life insurance benefits is also permitted under certain circumstances. Our Human Resources Department sends information about continuation of benefits to employees after loss of eligibility occurs.

*training*

## Training and Development

## Training and Development Objectives

It is certain that the health care field will continue to change in the coming years.  It is therefore critical for our employees to continually enhance their knowledge and skills.  This is true for employees who want to retain their current jobs; it is especially critical for employees who want to take on new challenges or new roles.

There are many opportunities for employees to gain new skills, to enhance knowledge and to keep up with changing practices.  Some of these opportunities exist within our organization.  Some of these opportunities are best explored through external sources.

## Internal Courses

Kaiser Permanente offers a number of formal learning opportunities to our employees.  Some of these are through "in service" programs in the medical facilities.  Many of these opportunities are provided through courses and seminars facilitated through the Director of Training and Organizational Development in the Central East Division.  Please note that courses must always be scheduled with approval from your supervisor.

## External Training

In addition to the internal opportunities that exist, we may also provide funds for work-related courses and seminars taken from outside organizations. For non-bargaining unit employees we have a tuition reimbursement program and may also have funds for other courses and seminars on a departmental basis. Funds available for bargaining unit employees are described in the relevant collective bargaining agreements.

*safety*

## Safety and Health

## Safety at Work

Kaiser Permanente strives to provide patient and work areas which are free of potential health and safety hazards.  Employees should bring any unsafe practices or physical hazards to the attention of an appropriate supervisor or manager.  Any injury received at work must be immediately reported to the employee's supervisor.

## Employee Health

Because we are a provider of health care to our members, many of our employees are required to undergo certain health screening procedures prior to and/or during employment.  These include tuberculosis skin tests and Hepatitis B screening.  Contact your supervisor or Employee Health Nurse for more information.  Employees may also be asked to provide information, or to undergo a physical examination, to evaluate their fitness for duty.

## Bloodborne Pathogens

One of the most serious safety issues related to working in a medical setting is the potential for exposure to bloodborne pathogens.  Bloodborne pathogens are pathogenic micro-organisms that are present in human blood and which can cause disease in humans.  These pathogens include, but are not limited to, hepatitis B virus (HBV) and human immune deficiency virus (HIV).

It is mandatory for employees who may come in contact with bloodborne pathogens to take appropriate safety precautions.  This includes adherence to "universal precautions" and may

include the reception of the Hepatitis B Vaccine.  Guidelines regarding these issues are available in our medical facilities.  Please contact your supervisor if you have any questions.

## Smoke-Free Facilities

As a leading health care organization, we want to promote healthy behaviors in the workplace. Consistent with this, we have implemented a smoke-free (and tobacco-free) environment in all of our facilities.  No smoking or other tobacco use is permitted in any space leased or owned by Kaiser Permanente.

## Drug and Alcohol-Free Workplace

Drug and alcohol abuse or dependency is a major health problem which results in tragic consequences for employees and their families, and which places our members and coworkers at risk.  Because of this we have instituted a drug-free and alcohol-free work environment at all of our locations.

The manufacture, distribution, dispensation, possession or use of alcohol or of unlawful controlled substances, is prohibited on Kaiser Permanente property or while conducting Kaiser Permanente business.  In addition, no employee may report to work under the influence of alcohol or an unlawful controlled substance.

The term "unlawful controlled substance" means any drug which is (1) not legally obtainable, (2) legally obtainable but not being used in accordance with prescriber and/or manufacturer instructions, or (3) legally obtainable (e.g., a prescription drug) but which has not been legally obtained.

While we maintain stringent prohibitions against drug and alcohol use, we also recognize that addiction to drugs and alcohol are serious illnesses.  Any employee experiencing drug or alcohol problems is strongly encouraged to use the Employee Assistance Program (EAP) or to utilize their health care benefits to obtain necessary treatment.

Voluntary participation in recovery programs or other rehabilitation services will not jeopardize an employee's job.  However, participation in such programs does not relieve an employee of his/her responsibility to meet job performance expectations.  Federal law protects the confidentiality of persons who seek drug and alcohol treatment.

When there is reason to suspect that any employee is violating these rules, we will investigate the situation.  Where reasonable suspicion exists, we may require tests (subject to relevant state and federal law) to determine whether or not a violation has occurred.  Individuals suspected of violations may be suspended from work pending the outcome of the investigation.

Any employee found to be violating drug and alcohol rules will be disciplined.  Serious violations may result in termination of employment.  In addition, employees may be subject to criminal prosecution.

Any employee who is charged with or convicted of a criminal offense for a drug violation that occurred in the workplace must notify the Human Resources Department within five days of the conviction.  Failure to report such a conviction will result in discharge.

## Threats and Violence

Kaiser Permanente will not tolerate threats or violence by employees.  An employee who threatens or harms any employee, member, visitor, contractor, etc., will be subject to disciplinary action up to, and including, termination.

Employees who are victims of threats or violence must immediately report such incidents to management.  Any employee who observes behavior by a coworker which indicates the potential for violence should immediately notify his/her supervisor, the Human Resources Department or the Security Department.

## Weapons and Explosives

Employees may not bring explosives or weapons of any kind onto company property, including parking areas.  Violations of this rule will result in disciplinary action, up to and including termination.

# unions

## Labor Unions at Kaiser Permanente

## Relationships with Unions

Throughout its history, Kaiser Permanente has worked with organized labor in a number of areas.  Unions represent employees in many areas of the United States, including the Washington, Baltimore and Cleveland metropolitan areas.  Our health plans are offered through many union trust funds to union members throughout the United States.  In addition, unions have been among the biggest supporters of the type of organized medical care that Kaiser Permanente delivers.

Kaiser Permanente recognizes and supports the rights of non-supervisory employees to form and join unions if they so desire.  We are committed to working in good faith with the unions representing our employees.

If you are in a position which is represented by a union, your union steward should contact you with information about union membership, dues, etc.  If you need other information, please contact Human Resources.

## Collective Bargaining Agreements

Many of our employees are covered by collective bargaining agreements with labor unions.  These agreements document the wages, benefits and working conditions which have been negotiated for these employees by the unions.  Collective bargaining agreements are established for a set period of time and are periodically re-negotiated.

# problem solving
## Problem Solving

## Communication

Effective internal communication is critical to successful employment. If we don't communicate well with our boss, with our coworkers, and with our staff, we cannot live up to our fullest potential as productive and satisfied employees. If you don't feel that you are getting the information you need to do your job properly, please speak up! Talk to your boss. Ask your coworkers. Call Human Resources. Speak to your union steward, if you have one. Or, do all of the above!

You should also expect people to speak to you if they need information or have suggestions regarding how you can do your job better. This includes your supervisor, of course, who has a special obligation to ensure that all of his/her staff are doing their jobs properly.

Sometimes issues relating to job performance or conduct become very serious. In such circumstances it is even more important to communicate effectively. We can't solve problems if people are unwilling or unable to discuss issues fully.

## Discipline

Occasionally performance or behavioral problems become severe enough to warrant disciplinary action, up to and including immediate termination. This can happen when an identified problem isn't corrected or when a problem is serious enough to justify immediate action by a supervisor.

Although the employment relationship may be terminated at will by the employee or employer, Kaiser Permanente often exercises its discretion to use progressive discipline to ensure a fair method of disciplining employees.  Disciplinary action can take the form of counseling, verbal warnings, written warnings, suspensions and/or termination.  Supervisors are charged with the responsibility of choosing the action to take, depending upon the facts and circumstances of each individual situation.

When discipline occurs (with the exception of termination, of course) our hope is that the result will be a change in the performance or behavior which is causing the problem.  When such a change occurs we consider the disciplinary action to have been successful and no more action is required.  When performance and behavior problems continue, then additional discipline is likely.  However, exceptions or deviations from the normal procedure may occur whenever serious offenses occur or whenever the employer deems that circumstances warrant that one or more steps in the process can be skipped.  Active discipline is, by itself, sufficient grounds to refuse to promote or transfer an employee.

> *Note: See applicable collective bargaining agreements for information related to disciplinary action for represented employees.  Generally speaking, disciplinary action for represented employees is on a "just cause" basis rather than an "at will" basis.*

## Grievances

If you ever feel that you are not being treated fairly we hope that you will speak up and express your concerns.  This can be done in a number of ways.

The least formal (and often the most effective) approach is to sit down with your supervisor and tell him/her what's on your mind.  Your supervisor should always be willing to listen to you and to have an open discussion about what, if anything, can be done to address your concerns.

If this approach does not prove to be productive, from your perspective, you may want to consider filing a formal grievance.  Grievance guidelines and procedures for bargaining unit employees are contained in their union contracts.  Grievance guidelines and procedures for non-union staff can be obtained from your supervisor or from Human Resources.

# termination
## Termination of Employment

## Resignation

If you decide to resign from your position at Kaiser Permanente, we ask that you provide that information, in writing, to your supervisor. Specifically we would like to know the date you will be leaving as well as your reason for resigning. Before leaving the organization employees must return all company property including keys, access cards, pagers, tools, etc.

We ask that non-exempt employees give a minimum of two weeks of notice and that exempt employees give a minimum of four weeks notice. This notice period allows us to provide for a smoother transition as you leave. (Employees who do not provide proper notice may have payment for their vacation balance withheld, unless prohibited by law or by a collective bargaining agreement.)

## Dismissal

Employees who are involuntarily terminated normally vacate their jobs immediately. They are also responsible for returning all company property. (Dismissed employees may have payment for their vacation balance withheld, unless prohibited by law or by a collective bargaining agreement.)

appendix a

## EEO Complaint Procedure

We encourage any employee who feels that he/she has been subject to discrimination on the basis of race, sex, religion, national origin, age, sexual orientation, physical or mental disability, veteran status, marital status, or on any basis which is prohibited by the legal jurisdictions in which the Employer operates, to report such discrimination.  No adverse action will be taken against any employee as a result of making such a discrimination complaint.

The employee may register a complaint with the Human Resources Department,  the EEO Coordinator, or with any manager or supervisor.  Any manager or supervisor receiving such a complaint must report it promptly to Human Resources.

Upon receipt of a complaint, Human Resources will promptly investigate the allegations.  Upon completion of the investigation, Human Resources will work with the affected department(s) to resolve identified problems, if any, and will provide a written response to the employee who registered the complaint.

 An employee who is not satisfied with the outcome of the investigation may file an appeal with the Vice President of Human Resources.  In filing the appeal, the employee should specify which aspects of the outcome were not acceptable.  The Vice President of Human Resources or his/her designee will review the investigation and findings and will provide a written response to the employee.

appendix b

# Sexual Harassment Policy Statement

It must be clearly understood by all managers, supervisors, employees and applicants that our corporate policy forbids any kind of sexual harassment, and that sexual harassment will not be condoned.

Sexual harassment is defined generally as unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature which (1) is made a term or condition of employment; or (2) the individual's submission to or rejection of such conduct is made the basis for employment decisions; or (3) has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.  Anyone found guilty of such conduct will be subject to sanctions, up to and including termination, and also may be personally liable.

All violations and complaints of violations of this policy should be reported promptly. Employees may choose to report them to their supervisor, the Human Resources Department, the EEO Coordinator, or any member of management, including corporate counsel.  Any supervisor or manager who witnesses or receives a report or complaint of sexual harassment is obligated to promptly report the same to Human Resources.  All reports of violations of this policy will be investigated promptly and, to the extent possible, will be conducted so as to protect the confidentiality and privacy of the parties involved.

Any questions about this policy should be directed to the Human Resources Department.

appendix c

# Family and Medical Leave (FMLA)

*Please Note: Federal law requires FMLA information, including the details below, to be presented in employee handbooks.  It is important to note that our Leave of Absence Guidelines and our collective bargaining agreements describe  leave of absence benefits which are, in most circumstances, more generous than those provided under FMLA.  If you require a leave of absence, please refer to these other documents for more information.*

## COVERAGE

Employees whose service (or adjusted service) is 12 months or more and who have worked 1,250 hours over the 12-month period immediately preceding the requested commencement of the leave.

## POLICY STATEMENT

Family and Medical Leave (FMLA) is specifically defined as a leave for (a) the birth or care of a newborn child; (b) the placement with the employee of a child for adoption or foster care and to care for the child after placement; and (c) the care of a child, spouse, or parent (not parent-in-law) with a serious health condition, and (d) an employee's own serious health condition which causes the employee to be unable to perform one or more of the essential functions of his/her job. Employees who return from an FMLA approved leave of absence are subject to certain reinstatement rights, as defined below.

Family and Medical leave (FMLA) guidelines have been developed in compliance with the Family and Medical Leave Act of 1993 (FMLA).  Family and medical leave taken under the provisions of this policy will be referred to as "FMLA leave."  Total FMLA leave (paid and unpaid) may not exceed 12 weeks within a 12-month period (or 16 weeks in a 24-month period in the District of Columbia).

# PRACTICE:

## A. __DEFINITIONS__

1. **"CHILD"** means a biological, adopted, or foster son or daughter, stepchild, legal ward, or a child of an employee who stands "in loco parentis" to that child, who is either under 18 years of age, or an adult dependent child.

An adult dependent child is an individual who is 18 years of age or older who is incapable of self-care because of a mental or physical disability.

"In loco parentis" means in place of or instead of a parent; charged with a parent's rights, duties, and responsibilities; it includes those with day-to-day responsibilities to care for and financially support a child. A biological or legal relationship is not necessary.

2 **"SPOUSE"** means a husband or wife as recognized under the state law where the employee resides.

3. **"PARENT"** means a biological, foster, or adoptive parent, a stepparent, or a legal guardian or an individual who stood "in loco parentis" to the employee when he or she was a child. Parent does not include parent-in-law.

4. **"SERIOUS HEALTH CONDITION"** means an illness, injury (including on-the-job injuries), impairment or physical or mental condition that involves:

(a) **Inpatient care** (i.e., an overnight stay) in a hospital, hospice or residential medical care facility, and any period of incapacity or subsequent treatment in

connection with such inpatient care; OR

(b) **Continuing treatment** by a health care provider which includes any one or more of the following:

(1) **an incapacity** (i.e., inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefore, or recovery therefrom) **lasting more than three consecutive calendar days,** and any subsequent treatment or period of incapacity relating to the same condition that also includes (a) **treatment two or more times by or under the supervision of a health care provider; or (b) treatment by a health care provider on at least one occasion that results in a regimen of continuing treatment** under the supervision of the health care provider; OR

(2) **a chronic serious health condition which continues over an extended period of time,** requires periodic visits for treatment by or under the supervision of a health care provider, and **may involve occasional (as opposed to continuing) episodes of incapacity** (i.e., asthma, diabetes, epilepsy); OR

(3) **a permanent or long-term condition for which treatment may not be effective** (ie., Alzheimer's, a severe stroke or the terminal stages of a disease). Only continuing supervision by a health care provider is required in these cases, rather than active treatment; OR

(4) any absences in order to receive **multiple treatments** (including any period of recovery therefrom) by a health care provider either for restorative surgery after an accident or injury OR **for a condition which would likely result in a period of incapacity of more than three consecutive calendar days if not treated** (i.e., chemotherapy or radiation treatment for cancer; dialysis for kidney disease; physical therapy for severe arthritis); OR

(c) Any period of incapacity due to pregnancy or prenatal care.

A serious health condition ordinarily does not include the following conditions unless complications develop: the common cold, flu, earaches, upset stomach, minor ulcers, headaches (other than migraines), routine dental/orthodontia problems, or periodontal disease.

5. **"HEALTH CARE PROVIDER"** means a doctor of medicine or osteopathy authorized to practice medicine or surgery by the state in which the doctor practices; or a podiatrist, dentist, clinical psychologist, optometrist and chiropractor (limited to treatment consisting of manual manipulation of the spine to correct a subluxation as demonstrated by an x-ray to exist) authorized to practice, and performing within the scope of their practice, under state law; or nurse practitioners, nurse midwives and clinical social workers authorized to practice and performing with the scope of their practice under state law; or Christian Science practitioners listed with the First Church of Christ, Scientist in Boston, Massachusetts; or a health care provider as listed above who practices in a country other than the United States who is authorized to practice in accordance with the law of that country and who is performing within the scope of his or her practice as defined under such law.

6.  An **"EQUIVALENT"** position is one that is virtually identical to the employee's former position in terms of pay, benefits, and working conditions, including privileges, perquisites and status. It must involve the same or substantially similar duties and responsibilities which must entail substantially equivalent skill, effort, responsibility and authority.

## B.  ELIGIBILITY

1.  Employees are eligible for FMLA leave if they have worked for a total of 12 months and have worked at least 1,250 hours during the 12-month period immediately preceding the commencement of the leave.

2.  If the FMLA leave is for the birth, or placement for adoption, or foster care of a child, the leave must be concluded within one year of the birth or placement.

3.  Spouses who are both employed by Kaiser Permanente and are both FMLA eligible will be allowed a combined total of 12 weeks of FMLA leave in a 12-month period (or 16 weeks of leave in a 24-month period in the District of Columbia) for the birth and care of a newborn, for the placement and care of a child for adoption or foster care or to care for the employee's parent with a serious health condition.

    If leave taken to care for a newborn or adopted or newly placed foster child is equal to or less than the total 12-week benefit entitlement, the husband and wife would each be entitled to the difference between the amount of FMLA leave already taken individually and the total 12-week entitlement for another purpose, such as to care for a seriously ill spouse, parent, or child, or for either employee's own serious health condition.

## C.  LENGTH OF LEAVE

The federal Family and Medical Leave Act provides employees with a total of 12 weeks of family care leave and medical leave in a 12-month period.

The 12-month period is calculated on a "rolling" 12-month period measured backward from the date the employee uses any FMLA leave.  Family care leaves will be tracked over a 12-month period.  The 12-month period begins with the start date of the first FMLA leave of an employee, and each time the employee takes FMLA leave, the remaining leave balance consists of the portion of the 12 weeks that was not used during the immediately preceding 12 months.  For example, if an employee used four weeks of FMLA leave beginning on January 1, 1996, four weeks beginning on June 1, 1996, and four weeks beginning on December 1, 1996, the employee would not be entitled to any additional FMLA leave until January 1, 1997.  The employee would be eligible for four additional weeks on January 1, 1997.

In some cases employees may be granted additional leave beyond the 12 weeks.  For salaried employees, additional leaves will be granted in accordance with our Medical Leave of Absence Guidelines and/or our Personal Leave of Absence Guidelines as applicable.  For employees represented by labor unions, additional leaves will be granted in accordance with the relevant collective bargaining agreement.  However, any additional leaves of absence beyond the 12-week FMLA leave will not entitle employees to FMLA benefit continuation or reinstatement rights, but will instead be subject to the terms and conditions relevant guidelines or collective bargaining agreement, as applicable.  FMLA leave will be counted against leave available under relevant guidelines or collective bargaining agreements.

### D.  <u>COORDINATION WITH OTHER LEAVES</u>

Other paid and unpaid leaves (e.g., sick leave, workers' compensation leave, vacation leave, personal leave) taken for reasons that qualify as FMLA leave will run concurrently with FMLA leave when determining the maximum duration for all such leaves.

## E.  <u>INTERMITTENT LEAVE/REDUCED LEAVE SCHEDULE</u>

**Intermittent leave or a reduced leave schedule** is permitted when medically necessary to care for a child, spouse, or parent with a serious health condition, or for an employee's own serious health condition as defined in this policy.

**Intermittent leave** is leave taken in separate blocks of time due to a single illness or injury, rather than for one continuous period of time, and may include leave of periods from a quarter of an hour or more to several weeks.

**A reduced leave schedule** is a leave schedule that reduces an employee's usual number of working hours per workweek or workday for a period of time, normally from full-time to part-time.

This kind of leave is intended to address situations where an employee has to be away a portion of the work time for the employee's own serious health condition or the care of the serious health condition of a child, spouse, or parent but can be available for work the remaining part of the day, week, or month. Examples of intermittent leave would include leave taken several days at a time spread over a period of six months, such as for chemotherapy.

If the leave is foreseeable based on planned medical treatment, an employee may be required to temporarily transfer to an available alternative position with equivalent pay and benefits if the employee is qualified for the position and it better accommodates recurring periods of leave than the employee's regular job. All decisions of this nature should be made in consultation with the Human Resources Department.

Intermittent leave or a reduced leave schedule is not available under the FMLA guidelines for

the care of a newborn child or the placement of a child for adoption or foster care.

Time off for intermittent leave or reduced leave schedule covered under the FMLA is counted towards the 12-week benefit entitlement of FMLA leave. Only the amount of leave actually taken will be counted toward the 12 weeks of leave entitlement.

The employee must, where possible, attempt to schedule intermittent or reduced leave schedule leave so as not to disrupt the department's operation. (See Section F-1-c below.)

## F.   APPLICATION/APPROVAL OF FMLA LEAVE

1.   An employee should provide as much advance notice as possible of the date the FMLA leave will commence and of the estimated duration of the leave, but no less than the following:

    a.   If the need for the leave is foreseeable, the employee shall provide 30 calendar days written advance notice on the appropriate form available in the Personnel Office.

    b.   If the need for the leave is not foreseeable or 30 days advance notice is not possible due to a medical emergency or change in circumstances, notice must be given as soon as possible. At a minimum, the employee shall provide verbal notice sufficient to make the employer aware that the employee needs FMLA qualifying leave, and the anticipated timing and duration of the leave.

    c.   When scheduling planned medical treatments or intermittent FMLA, the employee must consult with his or her supervisor and make reasonable effort to schedule the leave so as not to unduly disrupt workplace operations. When an intermittent or

reduced leave schedule is requested, the employee will provide the supervisor, upon request, with the reasons why the leave is necessary and the schedule of treatments, if applicable.

2. Employees requesting FMLA leaves for the care of a newborn child immediately following a pregnancy disability leave should request the leave as far in advance as possible, noting that the start of the leave is dependent on the end of the pregnancy disability leave.

## G.  DESIGNATION

The employer may designate as FMLA leave any paid or unpaid leave taken for FMLA reasons. Where the employer acquires knowledge that leave taken is for an FMLA reason, either after the leave has commenced or concluded, the employer may designate the leave as FMLA leave upon notice to the employee.

## H.  MEDICAL CERTIFICATION

1. In the event that the FMLA leave is for the serious health condition, as defined in this policy, of the employee or the employee's child, parent, or spouse, a medical certification from a health care provider must be submitted on the appropriate medical certification form available in the Personnel Office.

2. When the FMLA leave is foreseeable and at least 30 days notice has been provided, the employee must submit the certification to the Personnel Office before the leave begins. When this is not possible, the employee must submit the certification within 15 calendar days after it is requested by the Personnel Office.

3.  In any case, where the employer has reason to doubt the validity of a medical certification for the employee's own serious health condition, the employee may be required, at the employer's expense, to obtain a second medical opinion from a health care provider designated or approved by the employer. If the second opinion differs from the employee's original medical certification, the employer may require the employee to obtain certification, at the employer's expense, from a third health care provider approved jointly by the employer and the employee. This third medical opinion shall be final and binding.

4.  An employee may be required to provide periodic reports on his or her status and intent to return to work and recertification relating to a serious health condition, as requested by the employer.

5.  Employees returning from FMLA leave for their own serious health condition may be required to present a fitness-for-duty certificate prior to being restored to employment.

## I.  BENEFITS CONTINUANCE

1.  During periods of FMLA leave, health and dental insurance benefits will be maintained at the same level and under the same conditions as if the employee continued to work. Upon exhaustion of the 12 weeks of FMLA leave entitlement, employees are responsible for continuing the benefits at their own expense, if they so choose. If the employee chooses not to return from his or her FMLA leave, or returns to work for less than 30 calendar days, the employee may be requested to reimburse the employer for the premiums paid for those benefits during the FMLA leave.

2. FMLA leave may be paid or unpaid. Paid leave is considered that period of leave time during which the employee uses any earned sick time benefits and/or any accrued vacation benefits. An employee on FMLA leave for his or her own serious health condition is required to utilize available earned sick time at the commencement of his or her FMLA leave. An employee may elect but is not required to utilize accrued vacation benefits prior to commencing unpaid FMLA leave. This vacation period will count towards the maximum FMLA benefit entitlement.

3. With respect to pension and other retirement plans, any period of paid FMLA leave, as defined in this policy, will be counted for purposes of eligibility, service, and vesting requirements, as applicable under the appropriate plans.

4. An employee taking FMLA leave may continue to make contributions to Plan B or TSA only for that portion of the leave which is paid, in accordance with the provisions of the plan. The employer will not make contributions to Plan B accounts for any portion of FMLA leaves which are unpaid.

5. Vacation benefits will continue to accrue through the last full pay period during which FMLA leave is paid. Thereafter, accrual will cease and recommence upon the employee's return to work.

6. Employees who are otherwise eligible will receive holiday benefits if the holiday falls during a pay period in which FMLA leave is paid.

**J.   <u>REINSTATEMENT RIGHTS</u>**

1.  Employees on FMLA leave will be reinstated to the same position the employee had when leave commenced or an equivalent position, as defined in Section A-6 of this policy, provided that the total FMLA leave does not exceed 12 weeks in the 12-month period (or 16 weeks in the 24-month period in the District of Columbia). However, an employee has no greater reinstatement rights than if the employee had been continuously employed and the leave had not been taken.

2.  Employees who remain on leave of absence, either for medical or personal reasons, beyond the expiration of the 12-week FMLA period, will be considered for reinstatement based upon the relevant Medical Leave of Absence Guidelines, Personal Leave of Absence Guidelines or collective bargaining agreement.