**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:07 – cv – 01195 CKK |
| | ) | |
| v. | ) | |
| | ) | |
| P & R ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT MOTION FOR AN EXTENSION OF**
**TIME TO FILE REPLY BRIEF**

Plaintiffs hereby request an additional week to file a reply brief concerning Plaintiffs' Motion for Order Giving Notice to Potential Plaintiff Employees (the "Notice Motion").

Defendant consents to Plaintiff's request.

The reply brief is presently due on September 20, 2007.  Per this extension request, the reply brief will now be due on September 27, 2007.

Dated:  September 19, 2007

Respectfully submitted,

**D.C. EMPLOYMENT JUSTICE CENTER**
Arthur P. Rogers (DC Bar 390844)
727 15 Street NW, 2nd Floor
Washington, DC  20005
Tel: (202) 828-9675
Fax: (202) 828-9190

**DAVIS, COWELL & BOWE, LLP**
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC  20006
Tel: (202) 223-2620
Fax: (202) 223-8651

By ____/s/ Mark Hanna_____
         Mark Hanna (DC Bar 493846)