IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARLOS CASTILLO, et al., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 1:07-cv-01195 CKK ) |
| v. | ) ) |
| P & R ENTERPRISES, INC., | ) ) |
| Defendant. | ) ) |

CONSENT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE

Defendant, P&R Enterprises, Inc., by and through its undersigned attorneys, hereby moves this Court to reschedule the initial scheduling conference in the above-captioned matter. In support of its motion, Defendant states:

1. By order dated, September 18, 2007, the initial scheduling conference in this case has been scheduled for October 16, 2007.

2. The undersigned defense counsel will be out of the country on previously scheduled vacation from October 13 through October 20, 2007.

3. The Court's Courtroom Deputy Clerk has indicated that the Court is available at noon on October 23, 2007, and both parties are available at this date and time.

4. Thus, Defendant requests that this Court reschedule the October 16 initial scheduling conference for October 23, 2007, at noon.

5. Plaintiffs, through their counsel, consent to the relief requested in this motion.

WHEREFORE, Defendant respectfully requests that its motion be granted.

              Respectfully submitted,

              By /s/ Karla Grossenbacher_____
               Karla Grossenbacher  (Bar #442544)
               SEYFARTH SHAW LLP
               815 Connecticut Avenue, N.W.
               Suite 500
               Washington, D.C. 20006-4004
               (202) 463-2400

               Attorneys for Defendant

Dated:  September 25, 2007