IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARLOS CASTILLO, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:07-cv-01195 CKK |
| v. | ) ) ) | |
| P & R ENTERPRISES, INC., | ) ) | |
| Defendant. | ) ) ) | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF

Defendant, P&R Enterprises, Inc., by and through its undersigned attorneys, seeks leave to file a sur-reply brief in response to Plaintiffs' Reply Brief in Support of their Motion for Notice to Similarly-Situated Individuals (the "Notice Motion"). In support of this motion, P&R states:

1. P&R filed its Opposition to the Notice Motion on September 7, 2007.

2. Plaintiffs requested additional time, until September 27, 2007, to file a reply brief in response to P&R's Opposition. P&R did not object to this request, and the Court granted Plaintiffs' motion for an extension of time.

3. Plaintiffs filed their reply on September 27. It contains approximately 100 pages of legal argument, affidavits and exhibits. In their reply, Plaintiffs raise facts not contained in the Complaint and make legal arguments not contained in their original motion.

4. Defense counsel was out-of-town on business travel from September 26 through October 1. Thus, due to out-of-town travel and the press of other business, P&R requests leave to file a sur-reply brief on or before October 11.

2

5.      Plaintiffs consent to the relief requested in this motion.

WHEREFORE, for the foregoing reasons, P&R requests that this Court allow it to file a sur-reply on or before October 11, 2007.

                Respectfully submitted,

                By /s/ Karla Grossenbacher_____
                    Karla Grossenbacher (Bar #442544)
                    Jessica Taverna (Bar # 973870)
                    SEYFARTH SHAW LLP
                    815 Connecticut Avenue, N.W.
                    Suite 500
                    Washington, D.C. 20006-4004
                    (202) 463-2400

                    Attorneys for Defendant

Dated: October 4, 2007