IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARLOS CASTILLO, et al., | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 1:07-cv-01195 CKK |
| | ) | |
| v. | ) | |
| | ) | |
| P & R ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) ) | |

## PRAECIPE

Defendants, P&R Enterprises, Inc., by and through its undersigned attorneys, files this praecipe to inform the Court that it does not oppose Plaintiffs' Motion for an Extension of Time to Bring Class Certification Motion.

Respectfully submitted,


By  /s/ Karla Grossenbacher_____
Karla Grossenbacher  (Bar #442544)
Jessica Taverna (Bar # 973870)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Attorneys for Defendant


Dated:    October 4, 2007

DC1 30209305.1