**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CARLOS CASTILLO, *et al.*,

      Plaintiffs,

    v.

P & R ENTERPRISES, INC.,

      Defendant.

Civil Action No. 07-1195 (CKK)

**ORDER**
(October 19, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this

19th day of October, 2007, hereby

**ORDERED** that a plaintiff collective action class is conditionally certified that is

comprised of all persons who are or have been employed by P & R Enterprises, Inc. in

Washington D.C. since 2004, who are or were classified as a Day Porter, Day Maid, Day

Cleaner, Floorman, Vacuum, Trashman, Project/Utility, Zone Cleaner, Restroom Cleaner, Lobby

or Principal Lobby, and who were not paid time and one-half for all hours worked over 40 hours

per week; it is further

**ORDERED** that the Parties shall submit a joint Protective Order to the Court concerning

the production of class member information by or before November 6, 2007;  it is further

**ORDERED** that Defendant produce the names and associated addresses for all class

members to Plaintiffs by or before November 20, 2007; it is further

**ORDERED** that Plaintiff's notify Defendant's counsel on the date in which notice is

distributed to class members.  Defendant shall have 10 business days from that date to post the

collective action notices in Defendant's offices or office spaces designated for Defendant's use in third-party buildings; it is further

**ORDERED** that the remaining issues concerning the content of the class member notice are referred to Magistrate Judge John M. Facciola for expeditious resolution; and it is further

**ORDERED** that the Clerk's Office shall issue a Form 299 referring the case to Magistrate Facciola.


Date:   October 19, 2007



                                              _/s/_____
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge


cc:     Magistrate Judge Facciola