UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS CASTILLO, *et al.*,

 Plaintiffs,

v.

P & R ENTERPRISES, INC.,

 Defendant.

Civil Action No. 07-1195 (CKK)

**ORDER**
(October 22, 2007)

 For the reasons set forth in an accompanying Memorandum Opinion, it is, this 22nd day of October, 2007, hereby

 ORDERED that Plaintiffs' [24] Motion for Reconsideration is DENIED.

Date: October 22, 2007

                /s/
              COLLEEN KOLLAR-KOTELLY
              United States District Judge