AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CARLOS CASTILLO, et al.,

      Plaintiff(s)

vs.

P & R ENTERPRISES, INC.

      Defendant(s)

**APPEARANCE**

CASE NUMBER 07-cv-1195 (CKK)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Arthur P. Rogers  as counsel in this
                                    (Attorney's Name)

case for:  Carlos Castillo, et al.
                (Name of party or parties)

11/7/2007
Date

*(Signature)*

390844
BAR IDENTIFICATION

Arthur P. Rogers
Print Name

727 15th St. NW, 2nd floor
Address

Washington, D.C. 20005
City    State    Zip Code

202-828-9675 ext. 21
Phone Number