UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO, et al., ) | Case No. 07-cv-1195 (CKK) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| P & R ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### NOTICE OF FILING OF CONSENTS TO JOIN ACTION

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the filing of the attached Consents to Join Action received to date in this action.

Dated:  January 8, 2008                    Respectfully submitted,

By   /s/ Arthur P. Rogers
Arthur P. Rogers (DC Bar 390844)
**D.C. EMPLOYMENT JUSTICE CENTER**
727 15 Street NW, 2nd Floor
Washington, DC  20005
Tel: (202) 828-9675
Fax: (202) 828-9190

**DAVIS, COWELL & BOWE, LLP**
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC  20006
Tel: (202) 223-2620
Fax: (202) 223-8651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS CASTILLO, et al., ) Case No. 07-cv-1195 (CKK/JMF)
)
Plaintiffs, )
)
v. )
)
P & R ENTERPRISES, INC., )
)
Defendant. )

## CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

MY NAME: _SIMBARASHE JANI_

MY ADDRESS: _8538 FREYMAN DR_

_APT # 211   CHEVY CHASE, MD, 20815_

MY TELEPHONE NUMBER (if any): _240 422 5575_

Signature _[signed]_          Date _12/20/07_

IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY **JANUARY 15, 2008**.

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Case No. 07-cv-1195 (CKK/JMF) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| P & R ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

MY NAME: _Adriano W. Onofre_

MY ADDRESS: _1630 Irving St. N.W. Apt. 21_
_Washington, D.C. 20010_

MY TELEPHONE NUMBER (if any): _202-462-6743_

_Adriano W. Onofre_   _12/5/07_
Signature              Date

IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY **JANUARY 15, 2008**.

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Case No. 07-cv-1195 (CKK/JMF) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| P & R ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

MY NAME: Anthony Gillespie

MY ADDRESS: 3700 2nd St. SE #A Washington, D.C. 20032

MY TELEPHONE NUMBER (if any): 2/563-2033 / Cell 2/427-3196

Signature: Anthony Gillespie         Date: December 25, 2007

**IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY JANUARY 15, 2008.**

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Case No. 07-cv-1195 (CKK/JMF) |
| Plaintiffs, | ) | |
| v. | ) | |
| P & R ENTERPRISES, INC., | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

MY NAME: Suyando Wilson
MY ADDRESS: 8409 Hamlin St 204
Lanham, MD 20706

MY TELEPHONE NUMBER (if any): 301-772-3867

Signature: [signed]    Date: 11/30/07

**IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY <u>JANUARY 15, 2008</u>.**

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS CASTILLO, et al.,         )
                                 )
            Plaintiffs,           )    Case No. 07-cv-1195 (CKK/JMF)
                                 )
v.                                )
                                 )
P & R ENTERPRISES, INC.,          )
                                 )
            Defendant.            )

## CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

MY NAME: _EZELL W. NICKS_
MY ADDRESS: _409 CLOVIS AVE_
_CAPITOL HEIGHT, MD 20743_

MY TELEPHONE NUMBER (if any): _301 568-3371_ (H)
_(C) 301 257-4457_

_Ezell Nicks_                          _Dec 5, 2007_
Signature                              Date

**IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY JANUARY 15, 2008.**

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO, et al., ) | Case No. 07-cv-1195 (CKK/JMF) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| P & R ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |

### CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

MY NAME: Van Earl Eubanks
MY ADDRESS: 1622 21st Pl. S.E.
Wash. D.C. 20020

MY TELEPHONE NUMBER (if any): 202-628-3499

Signature: Van E. Eubanks          Date: 12-18-07

**IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY JANUARY 15, 2008.**

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS CASTILLO, et al., )  Case No. 07-cv-1195 (CKK/JMF)
)
       Plaintiffs, )
)
v. )
)
P & R ENTERPRISES, INC., )
)
       Defendant. )

### CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

MY NAME: _Deborah McKnight_
MY ADDRESS: _1022 16th St. N.E. #1_
_Washington DC. 20002_

MY TELEPHONE NUMBER (if any): _202-397-1259_

_Deborah McKnight_     _12/13/07_
Signature                                Date

IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY **JANUARY 15, 2008**.

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Case No. 07-cv-1195 (CKK/JMF) |
| Plaintiffs, | ) | |
| v. | ) | |
| P & R ENTERPRISES, INC., | ) | |
| Defendant. | ) | |

### CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

MY NAME: Brendon Clay
MY ADDRESS: 9317 Ogden Place
Lanham, Md 20706

MY TELEPHONE NUMBER (if any): 301-731-3026
301-755-7324

Signature: Brendon Clay            Date: 12/4/07

IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY **JANUARY 15, 2008**.

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Case No. 07-cv-1195 (CKK/JMF) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| P & R ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

**MY NAME:** Hope McKnight
**MY ADDRESS:** 1520 Butler Street, SE #301 Washington DC, 20020

**MY TELEPHONE NUMBER (if any):** (202)-678-4452

Hope McKnight                                    12-11-07
Signature                                             Date

**IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY JANUARY 15, 2008.**

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS CASTILLO, et al.,          )    Case No. 07-cv-1195 (CKK/JMF)
                                  )
            Plaintiffs,           )
                                  )
v.                                )
                                  )
P & R ENTERPRISES, INC.,          )
                                  )
            Defendant.            )

### CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

MY NAME: _Nathan W Gilham_
MY ADDRESS: _4231 Benning RD NE_
_Washington DC 20019_

MY TELEPHONE NUMBER (if any): _202) 399-7804_

_Nathan Gilham_                       _12-1-07_
Signature                              Date

IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY **JANUARY 15, 2008**.

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

## CORTE DEL DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE COLUMBIA

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Caso No. 07-cv-1195 (CKK/JMF) |
| Demandantes, | ) | |
| vs. | ) | |
| P & R ENTERPRISES, INC., | ) | |
| Demandado. | ) | |

### CONSENTIMIENTO DE ACCION CONJUNTA

Por medio de la presente estoy de acuerdo y consiento ser parte Demandante en el grupo que demanda bajo la provisión de horas extras y salario mínimo del Acto de Estándares Laborales Justos y del Acto de Revisión del Acto de Salarios Mínimos Del Distrito de Columbia con respecto a mi trabajo en P & R Enterprises, Inc.

MI NOMBRE: JAIME ESCOBAR ROMERO

MI DIRECCION: 8625 PINEY BRANCH RD APT 302 SILVER SPRING MD 20901

MI NÚMERO DE TELEFONO (Si tiene): CELL 301 655-6982 — O — HOM 301 431-2169

Firma: Jaime Escobar Romero    Fecha: 12-9-07

**SI USTED DESEA PARTICIPAR, POR FAVOR REGRESE ESTE DOCUMENTO A LA SIGUIENTE DIRECCION A MAS TARDAR EL 15 DE ENERO, 2008.**

Centro Judicial de Trabajo del D.C.
727 15th Street, NW, 2nd Floor
Washington, DC 20005

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO, et al., ) | Case No. 07-cv-1195 (CKK/JMF) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| P & R ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |

### CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

**MY NAME:** Reyna I. Romero-Duron
**MY ADDRESS:** 2302 Romney Ct
Hyattsville MD 20785

**MY TELEPHONE NUMBER (if any):** 240-723-0062

_Reyna C. Romero Duron_     12/08/07
Signature                              Date

**IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY JANUARY 15, 2008.**

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5

**CORTE DEL DISTRITO DE LOS ESTADOS UNIDOS**

**PARA EL DISTRITO DE COLUMBIA**

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Caso No. 07-cv-1195 (CKK/JMF) |
| | ) | |
| Demandantes, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| P & R ENTERPRISES, INC., | ) | |
| | ) | |
| Demandado. | ) | |
| | ) | |

**CONSENTIMIENTO DE ACCION CONJUNTA**

Por medio de la presente estoy de acuerdo y consiento ser parte Demandante en el grupo que demanda bajo la provisión de horas extras y salario mínimo del Acto de Estándares Laborales Justos y del Acto de Revisión del Acto de Salarios Mínimos Del Distrito de Columbia con respecto a mi trabajo en P & R Enterprises, Inc.

MI NOMBRE: Alma V. Velasquez

MI DIRECCION: 1906 Amherst Rd AP. 304
Hyattsville MD. 20783

MI NÚMERO DE TELEFONO (Si tiene): 240 5657910

_____                12-05-2007
Firma                                  Fecha

**SI USTED DESEA PARTICIPAR, POR FAVOR REGRESE ESTE DOCUMENTO A LA SIGUIENTE DIRECCION A MAS TARDAR EL 15 DE ENERO, 2008.**

Centro Judicial de Trabajo del D.C.
727 15th Street, NW, 2nd Floor
Washington, DC 20005

## CORTE DEL DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO, et al., ) | Caso No. 07-cv-1195 (CKK/JMF) |
| ) | |
| Demandantes, ) | |
| ) | |
| vs. ) | |
| ) | |
| P & R ENTERPRISES, INC., ) | |
| ) | |
| Demandado. ) | |

### CONSENTIMIENTO DE ACCION CONJUNTA

Por medio de la presente estoy de acuerdo y consiento ser parte Demandante en el grupo que demanda bajo la provisión de horas extras y salario mínimo del Acto de Estándares Laborales Justos y del Acto de Revisión del Acto de Salarios Mínimos Del Distrito de Columbia con respecto a mi trabajo en P & R Enterprises, Inc.

MI NOMBRE: _Marco A. Jimenez_

MI DIRECCION: _1905 N. Culpapay St Apt #1_
_Arlington VA 22207_

MI NÚMERO DE TELEFONO (Si tiene): _703-843-8855_

_____MA_____       ___12/5/07___
Firma                               Fecha

**SI USTED DESEA PARTICIPAR, POR FAVOR REGRESE ESTE DOCUMENTO A LA SIGUIENTE DIRECCION A MAS TARDAR EL 15 DE ENERO, 2008.**

Centro Judicial de Trabajo del D.C.
727 15th Street, NW, 2nd Floor
Washington, DC 20005

6

CORTE DEL DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE COLUMBIA

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Caso No. 07-cv-1195 (CKK/JMF) |
| | ) | |
| Demandantes, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| P & R ENTERPRISES, INC., | ) | |
| | ) | |
| Demandado. | ) | |
| | ) | |

## CONSENTIMIENTO DE ACCION CONJUNTA

Por medio de la presente estoy de acuerdo y consiento ser parte Demandante en el grupo que demanda bajo la provisión de horas extras y salario mínimo del Acto de Estándares Laborales Justos y del Acto de Revisión del Acto de Salarios Mínimos Del Distrito de Columbia con respecto a mi trabajo en P & R Enterprises, Inc.

MI NOMBRE: _CARLOS H. HERNANDEZ_

MI DIRECCION: _1005 MATTIMAC DR. #4_

_S. SPRING MD 20903_

MI NÚMERO DE TELEFONO (Si tiene): _240 429 2118_

_HERNANDEZ_                    _1 7 08_
Firma                          Fecha

**SI USTED DESEA PARTICIPAR, POR FAVOR REGRESE ESTE DOCUMENTO A LA SIGUIENTE DIRECCION A MAS TARDAR EL 15 DE ENERO, 2008.**

Centro Judicial de Trabajo del D.C.
727 15th Street, NW, 2nd Floor
Washington, DC 20005

6

01/08/2008 15:09 FAX 2022236051       DCB Washington            ⌐003
Case 1:07-cv-01195-CKK    Document 32    Filed 01/08/2008    Page 18 of 18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Case No. 07-cv-1195 (CKK/JMF) |
| Plaintiffs, | ) | |
| v. | ) | |
| P & R ENTERPRISES, INC., | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN ACTION

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

MY NAME: Teo Anthony Wright
MY ADDRESS: 1515 Benning Rd NE Apt# L32
Washington DC 20002

MY TELEPHONE NUMBER (if any): (202) 399-1581 - CELL (202) 669-4197

Teo A Wright                         12-4-07
Signature                            Date

IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY **JANUARY 15, 2008**.

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005

5