## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Case No. 07-cv-1195 (CKK) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| P & R ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### NOTICE OF FILING OF CONSENT TO JOIN ACTION

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE of the filing of the attached Consent to Join Action received to date in this action.

Dated: January 11, 2008

Respectfully submitted,

By ___/s/ Arthur P. Rogers_____
Arthur P. Rogers (DC Bar 390844)
**D.C. EMPLOYMENT JUSTICE CENTER**
727 15 Street NW, 2nd Floor
Washington, DC  20005
Tel: (202) 828-9675
Fax: (202) 828-9190

**DAVIS, COWELL & BOWE, LLP**
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC  20006
Tel: (202) 223-2620
Fax: (202) 223-8651

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CARLOS CASTILLO, et al., | ) | Case No. 07-cv-1195 (CKK/JMF) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| P & R ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ~~CONSENT TO JOIN ACTION~~

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act and the District of Columbia Minimum Wage Act Revision Act with respect to my labor with P & R Enterprises, Inc.

**MY NAME:** _MARION C. TAYLOR_

**MY ADDRESS:** _1378 1ST S.W._
_WASHINGTON, D.C. 20024_

**MY TELEPHONE NUMBER (if any):** _202/ 863-1084_

_Marion C. Taylor_                  _1-5-08_
Signature                          Date

**IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS TO THE FOLLOWING ADDRESS BY <u>JANUARY 15, 2008</u>.**

D.C. EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, DC 20005