UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>P & R ENTERPRISES, INC.,<br><br>    Defendant. | Civil Action No. 07-1195 (CKK) |

**ORDER**
(March 19, 2008)

On March 19, 2008, Magistrate Judge Kay notified this Court that the Parties in the above-captioned case had reached a settlement in principle. Pursuant to that notification, it is, this 19th day of March, 2008, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until April 28, 2008. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice; it is further

**ORDERED** that the Status Hearing scheduled on April 23, 2008, in Courtroom 28A before this Court, is vacated.

**SO ORDERED.**

                                                                              */s/*
                                                            COLLEEN KOLLAR-KOTELLY
                                                            United States District Judge