UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:07 – cv – 01195 CKK |
| ) | |
| v. ) | |
| ) | |
| P & R ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CONSENT MOTION TO EXTEND CASE FOR SUBMISSION OF
CONSENT MOTION TO APPROVE CLASS SETTLEMENT AND NOTICES**

On March 19, 2008, the Court issued its Order dismissing this case without prejudice pursuant to a notification from Magistrate Kay that the parties had reached a settlement in this collective FLSA action and class action for unpaid wages. The Court's Order set a deadline of April 28, 2008, for the parties to move to extend or reopen the case.

The parties have been diligently finalizing the settlement and preparing a consent motion for approval of the settlement and the notice to be sent to class members. Despite their diligent efforts, issues have arisen which prevent the parties from submitting the motion on or before April 28, 2008, including issued regarding how best to prepare and submit the motion for approval of the settlement.

Plaintiffs therefore request that the Court extend the case for two weeks, to May 12, 2008, to allow the parties time to finalize the consent motion and necessary notices to the class members. Defendant, through its counsel of record, consents to this extension.

Dated: April 28, 2008

Respectfully submitted,

**D.C. EMPLOYMENT JUSTICE CENTER**
Arthur P. Rogers (DC Bar 390844)
727 15 Street NW, 2nd Floor
Washington, DC 20005
Tel: (202) 828-9675
Fax: (202) 828-9190

**DAVIS, COWELL & BOWE, LLP**
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Tel: (202) 223-2620
Fax: (202) 223-8651

By ____/s/ Mark Hanna_____
    Mark Hanna (DC Bar 493846)