IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 1:07-cv-01195 CKK |
| | ) |
| v. | ) |
| | ) |
| P & R ENTERPRISES, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of the Joint Motion of the Parties to Approve Settlement, and the record herein, it is this __ day of July, 2008, hereby

ORDERED that, having found that questions of law and fact common to class members predominate over any questions affecting only individual members and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy, a class is hereby certified for purposes of effectuating the settlement reached by the parties regarding Plaintiffs' claims of underpayment of wages pursuant to the D.C. Minimum Wage Act Revision Act (the "District Class"). The District Class shall consist of all employees who performed cleaning work for Defendant in the District of Columbia as their primary duty between June 1, 2004, and April 28, 2008; and it is further

ORDERED that the following attorneys be appointed as Class Counsel to represent the District Class

| | |
|---|---|
| Arthur P. Rogers | Mark Hanna |
| D.C. EMPLOYMENT JUSTICE CENTER | Joni S. Jacobs |
| | DAVIS, COWELL & BOWE, LLP |
| 727 15th Street, NW, 2nd Floor | 1701 K Street, NW, Suite 210 |
| Washington, DC 20005 | Washington, DC 20006 |

1

And it is further

ORDERED that the Notice of Class Action Lawsuit and Proposed Settlement attached as Exhibit B to the parties' motion is hereby approved and shall be sent to potential class members within seven business days of the date of this Order; and it is further

ORDERED that a fairness hearing regarding the parties proposed settlement in this case is scheduled for [INSERT DATE CONVENIENT TO THE COURT NO SOONER THAN 45 DAYS AFTER THE DATE THE ORDER IS ISSUED]; and it is further

ORDERED that any objections to the proposed settlement shall be received in chambers no later than 72 hours prior to the scheduled fairness hearing.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
U.S. DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS CASTILLO, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 1:07-cv-01195 CKK |
| | ) |
| v. | ) |
| | ) |
| P & R ENTERPRISES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Motion of the Parties to Approve Settlement, and after having conducted a fairness hearing on _____, 2008, and considering any objections made by class members to the proposed settlement, it is this ___ day of _____, 2008, hereby

ORDERED that this Court approves the proposed settlement as memorialized in the General Release and Settlement Agreement attached as Exhibit A to the parties' motion because it finds the settlement reached by the parties to be fair, reasonable and adequate in all respects; and it is further

ORDERED that all claims in Plaintiffs' Complaint and all claims made therein and in the above-captioned case are hereby dismissed with prejudice.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
U.S. DISTRICT COURT JUDGE