# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CARLOS CASTILLO, *et al.*,

     Plaintiffs,

   v.

P & R ENTERPRISES, INC.,

     Defendant.

Civil Action No. 07-1195 (CKK)

## REVISED ORDER CERTIFYING SETTLEMENT CLASS
## AND PRELIMINARILY APPROVING SETTLEMENT
(July 22, 2008)

Upon review and consideration of the [37] Joint Motion of the Parties to Approve Settlement filed May 12, 2008, the attachments thereto, and the entire record herein, it is, this 22nd day of July, 2008, hereby **ORDERED** as follows:

### Preliminary Approval of Settlement and Certification of Settlement Class

1. The Court finds that it has jurisdiction over this Action.

2. The terms of the Settlement Agreement (the "Settlement") are preliminarily approved, subject to further consideration at the Fairness Hearing described below.  The Court preliminarily finds that the Settlement was reached after arms' length negotiations between the parties, and that the Settlement is adequate, fair, and is sufficiently within the range of reasonableness so that notice of the Settlement should be sent as described below.

3. The Court finds that questions of law and fact common to class members predominate over any questions affecting only individual members and that a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.  Accordingly, the Court certifies a class for purposes of effectuating the Settlement reached between the parties regarding

claims of underpayment of wages.  The Class shall consist of all employees who performed

cleaning work for Defendant in the District of Columbia as their primary duty between June 1,

2004, and April 28, 2008.

5. The Court appoints the following attorneys as Class Counsel to represent the Class:

| | |
|---|---|
| Arthur P. Rogers | Mark Hanna |
| D.C. EMPLOYMENT JUSTICE CENTER | Joni Jacobs |
| 727 15th Street, NW, 2nd Floor | DAVIS, COWELL & BOWE, LLP |
| Washington, D.C.  20005 | 1701 K St., N.W., Suite 210 |
| | Washington, D.C.  20006 |

## Notice to Potential Class Members

6. The Notice of Class Action Lawsuit and Proposed Settlement attached as Exhibit A to the

parties' Joint Motion to Approve Revised Notice and Modify Order of July 11, 2008, filed July

22, 2008, is hereby approved and shall be sent by first class mail to all potential Class members

on or before August 1, 2008.

7. Prior to the Fairness Hearing described below, Class Counsel shall file with the Court a sworn

statement attesting to compliance with paragraph 6 above.

## Requests for Exclusion from the Class

8.  Any member of the Class who wishes to be excluded from the Class shall mail a written

request for exclusion ("Notice of Exclusion") to Class Counsel so that it is received by Class

Counsel no later than September 12, 2008.  The Notice of Exclusion shall include the person's

name, address, phone number, statement that the person is requesting exclusion from the Class,

and a signature.

9. Any Class member who submits a valid and timely Notice of Exclusion shall not be bound by

the Settlement, shall not be entitled to share in the benefits of the Settlement, and shall not be

bound by the Court's Final Order and Judgment, whether favorable or adverse.

10. Any Class member who does not properly and timely mail a Notice of Exclusion shall be included in the Class, and shall be bound by all of the terms and provisions of the Settlement, whether or not such Class member objected to the Settlement, received actual notice, or participated in the Settlement.

## Fairness Hearing

11. A Fairness Hearing shall be held by this Court on October 15, 2008 at 9:00 A.M. in Courtroom 28A at the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001, to consider: (i) the fairness, reasonableness and adequacy of the Settlement; and (ii) Class Counsel's request for attorneys' fees and expenses and the proposed incentive awards for the named plaintiffs.

12. The Court may continue the date of the Fairness Hearing without further notice to the Class members, and may approve the Settlement, with such modifications as may be agreed to by the parties, without further notice to the Class.

13. Any Class member who wishes to comment in support of, or in opposition to, the fairness, reasonableness and adequacy of the Settlement or Class Counsel's request for attorneys' fees and expenses or the proposed incentive awards must file with the Clerk of the Court their comments and/or objections no later than September 12, 2008. Any objecting Class member must also serve Class Counsel and Counsel for the Defendant with their comments in writing, by mail, postage prepaid, so that they are received no later than September 12, 2008. Any Class member who fails to comply with the provisions of this paragraph shall waive and forfeit any and all rights they may have to object, and shall be bound by all the terms of the Settlement and Orders

of this Court.

14. Any Class member that has not filed a Notice of Exclusion in the manner set forth above may appear at the Fairness Hearing in person or by counsel and may be heard, to the extent allowed by the Court, either in support of or in opposition to the fairness, reasonableness and adequacy of the Settlement of Class counsel's request for attorneys' fees and expenses and proposed incentive awards; provided, however, that no person shall be heard in opposition to the fairness, reasonableness and adequacy of the Settlement or class counsel's request for attorneys' fees and expenses or proposed incentive awards, and no papers or briefs submitted by or on behalf of any such person shall be accepted or considered by the Court, unless on or before September 12, 2008, such person has complied with the provisions of paragraph 13 above.

15. On or before September 29, 2008, Class counsel shall file its Motion for Final Approval, which shall include a response to all objections that have been submitted, if any.

       **SO ORDERED.**

Date:   July 22, 2008

                 _/s/_____
                 COLLEEN KOLLAR-KOTELLY
                 United States District Judge